DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-571-RJC
(3:09-cr-189-RJC-DCK-3)

| | |
|---|---|
| MARVIN SUNTATE MOBLEY, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Expand the Record to include two affidavits that Petitioner has already filed with the Court in support of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence brought under 28 U.S.C. § 2255. (Doc. No. 9).

**IT IS HEREBY ORDERED** that Petitioner's Motion to Expand the Record, (Doc. No. 9), is **GRANTED**.

Signed: March 27, 2014

Robert J. Conrad, Jr.
United States District Judge