DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV571-RJC
(3:09CR189-RJC-DCK-3)

| | | |
|---|---|---|
| MARVIN SUNTATE MOBLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

UPON MOTION of Petitioner, (Doc. No. 16), requesting 90 days to file a Reply to the Government's Response to Petitioner's motion to vacate brought under 28 U.S.C. § 2255, and for good cause shown,

IT IS HEREBY ORDERED that Petitioner shall have up to and including thirty days from service of this Order to file a Reply.

Signed: September 8, 2014

Robert J. Conrad, Jr.
United States District Judge